**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| GRACE ROBERTS, | : No. 98 EAL 2019 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| CITY OF PHILADELPHIA TAX REVENUE BUREAU, | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 12th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.